**Order entered February 7, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-01114-CV

---

### PAULA WILLIAMS, Appellant

### V.

### FIDEL MORENO, SR. AND FIDEL MORENO, JR., Appellees

---

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-06413-A**

---

## ORDER

Before the Court is appellees' February 3, 2017 second motion for extension of time to file appellees' brief. We **GRANT** appellees' motion.

We **ORDER** appellees to file the brief on or before February 10, 2017. We caution appellees that further requests for an extension of time will be disfavored.

/s/    ELIZABETH LANG-MIERS
        JUSTICE